1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   RICHARD SEPULVEDA,                    Case No.  23-cv-02428-SK

8              Plaintiff,

9         v.                             **ORDER TO SHOW CAUSE**

10  DEFFAA HIZAM GABER, et al.,

11             Defendants.

12          This case was filed on May 17, 2023.  None of the Defendants have yet made an

13  appearance.  Pursuant to the Scheduling Order issued on May 18, 2023, Plaintiff was required to

14  complete service by July 17, 2023, or file a motion for administrative relief from the deadline.

15  (Dkt. No. 4.)  Other than with respect to one of the defendants – Deffaa Hizam Gaber – Plaintiff

16  did neither.  According to the docket in this case, Plaintiff only asked for a summons for Gaber.

17  Plaintiff then moved for entry of default against Gaber on June 20, 2023, and default was entered

18  the following day.  (Dkt. Nos. 8, 9.)  Plaintiff has not moved for an extension of the deadline to

19  serve the other defendants, moved for entry of default against the other defendants, or moved for

20  default judgment against Gaber.

21          Therefore, the Court Orders Plaintiff to Show Cause in writing by no later than October 27,

22  2023, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of

23  Civil Procedure 41(b) and why Plaintiff's counsel should not be personally sanctioned in the

24  amount of $500.

25          **IT IS SO ORDERED**.

26  Dated: October 17, 2023

27  

28  SALLIE KIM
    United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California