UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFFAA HIZAM GABER, et al.,<br><br>    Defendants. | Case No. 23-cv-02428-SK<br><br>**FURTHER ORDER TO SHOW CAUSE** |

On October 17, 2023, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute based on the Plaintiff's failure to timely serve some of defendants and failure to move for default judgment against another defendant. (Dkt. No. 10.) While the Court did not impose sanctions at that time, the Court noted that Plaintiff had not been as diligent as he should have been. The Court extended the deadline to serve the remaining defendants for 30 days.

On January 15, 2023, Plaintiff filed a status report informing the Court that he was working on completing a settlement but that he would move for entry of default judgment if defendants did not finish making the required payments. (Dkt. No. 13.) Plaintiff has not taken any further action in this case. The Court has a full case load and does not have the time to manage this case for Plaintiff. Therefore, the Court issues a further OSC. By no later than April 30, 2024, Plaintiff shall Show Cause in writing why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why Plaintiff's counsel should

/ / /

/ / /

/ / /

/ / /

1  not be personally sanctioned in the amount of $500.

2  **IT IS SO ORDERED**.

3  Dated: April 17, 2024



SALLIE KIM
United States Magistrate Judge